# United States Court of Appeals
## For the First Circuit

No. 08-1385

UNITED STATES,

Appellee,

v.

ALTON SHERMAN,

Appellant.

**ERRATA**

The opinion of this Court issued on December 22, 2008, is amended as follows:

On page 12, line 4, change "differs" to "differ".